FILED

2026 SEP 16 PM 10:47

US DISTRICT COURT
EASTERN DIST. TENN.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 3:26-cr- 136 |
| v. | ) | |
| | ) | Judges Varlan / Poplin |
| | ) | |
| DAVID KERR | ) | |
| a/k/a "Resistor@tennessee-me.bsky.social" | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about June 4, 2025, in the Eastern District of Tennessee, the defendant, DAVID KERR, a/k/a Resistor@tennessee-me.bsky.social, did knowingly and willfully transmit in interstate and foreign commerce, while using the internet, via a public post on Bluesky, a social media company, a communication which contained a threat to injure federal law enforcement personnel, to wit: "Time to bear spray ICE!", in violation of 18 U.S.C. § 875(c).

## COUNT TWO

The Grand Jury further charges that on or about October 7, 2025, in the Eastern District of Tennessee, the defendant, DAVID KERR, a/k/a Resistor@tennessee-me.bsky.social, did knowingly and willfully transmit in interstate and foreign commerce, while using the internet, via a public post on Bluesky, a social media company, a communication which contained a threat to kill federal law enforcement personnel, to wit: "Kill the ice military police!", in violation of 18 U.S.C. § 875(c).

A TRUE BILL

SIGNATURE REDACTED

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: ______________________
David P. Lewen, Jr.
Assistant U.S. Attorney