UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | No. 3:26-CR-136 |
| V. | ) | |
| | ) | |
| | ) | |
| DAVID KERR, | ) | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance and arraignment hearing on indictment. Assistant United States Attorney David Lewen was present representing the government. Assistant Federal Defender Nakeisha Jackson was present on behalf of the Defendant. The government moved for detention. The defendant requested a detention hearing and acknowledged and agreed that he would remain in detention pending that hearing. The defendant shall be held in custody by the United States Marshal until the detention hearing and produced for the hearing.

ENTER:

s/ Debra C. Poplin
DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE